# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 17, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147924-9

CITY OF RIVERVIEW and ALL OTHERS
SIMILARLY SITUATED,
        Plaintiffs-Appellants,

and

CITY OF RIVER ROUGE,
        Intervening Plaintiff-Appellant,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
        Defendant-Appellee.

SC: 147924; 147927
COA: 301549; 302903
Ingham CC: 09-000712-CZ

_____/

CITY OF NOVI, VILLAGE OF BEVERLY
HILLS, CITY OF FARMINGTON HILLS,
CITY OF AUBURN HILLS, VILLAGE OF
BINGHAM FARMS, CITY OF ORCHARD
LAKE VILLAGE, and CITY OF WALLED
LAKE,
        Plaintiffs-Appellants,

v

DEPARTMENT OF ENVIRONMENTAL
QUALITY,
        Defendant-Appellee.

SC: 147925; 147928
COA: 301551; 302904
Ingham CC: 09-001569-CZ

_____/

DAVID ANGILERI, BUTLER BENTON,
KENNETH BUTLER II, TOWNSHIP OF
BROWNSTOWN, CITY OF DEARBORN,
CITY OF DEARBORN HEIGHTS, CITY

OF GIBRALTAR, TOWNSHIP OF HURON, TOWNSHIP OF SUMPTER, CITY OF TAYLOR, CITY OF TRENTON, TOWNSHIP OF VAN BUREN, ROBERT CANNON, ROBERT CHIRKUN, CHARTER TOWNSHIP OF CLINTON, LOUIS KISIC, ALAN LAMBERT, CITY OF LINCOLN PARK, CITY OF MADISON HEIGHTS, CITY OF NEW BALTIMORE, CITY OF NORTHVILLE, OAKLAND COUNTY, CITY OF PLYMOUTH, CHARTER TOWNSHIP OF REDFORD, CITY OF ROCHESTER, CITY OF ROMULUS, CITY OF ROSEVILLE, LISA SANTO, PHILIP SANZICA, PAUL SINCOCK, CITY OF SOUTHGATE, PATRICK SULLIVAN and WAYNE COUNTY,

        Plaintiffs-Appellants,

v

DEPARTMENT OF ENVIRONMENTAL QUALITY,

        Defendant-Appellee.

SC: 147926; 147929
COA: 301552; 302905
Ingham CC: 10-000039-CZ

_____/

      On order of the Court, the application for leave to appeal the September 19, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 17, 2014



             Clerk

h0910